Gabino HERNANDEZ–SOSA, Petitioner,

v.

Eric H. HOLDER, Jr., Attorney General, Respondent.

No. 10–73816.

United States Court of Appeals, Ninth Circuit.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** The Honorable Michael W. Fitzgerald, United States District Judge for the Central District of California, sitting by designation.

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted March 12, 2013.*

Filed March 21, 2013.

Antonio M. Zaldana, Law Office of Antonio M. Zaldana, West Covina, CA, for Petitioner.

Kathryn McKinney, U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: PREGERSON, REINHARDT, and W. FLETCHER, Circuit Judges.

MEMORANDUM **

Gabino Hernandez–Sosa, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's decision denying his application for cancellation of removal. We have jurisdiction under 8 U.S.C. § 1252. We review de novo questions of law, *Latter–Singh v. Holder*, 668 F.3d 1156, 1159 (9th Cir.2012), and we deny the petition for review.

The agency correctly determined that Hernandez–Sosa is not eligible for cancellation of removal due to his 2004 conviction for making criminal threats "with intent to terrorize" under California Penal Code § 422. *See* 8 U.S.C. § 1229b(b)(1)(C) (enumerating crimes that bar cancellation relief); *Latter–Singh*, 668 F.3d at 1162–63 (conviction under California Penal Code

§ 422 is categorically a crime involving moral turpitude).

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.